UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BLUE CASTLE (CAYMAN) LTD.,

*Plaintiff*,

– against –

YOLANDA MORRIS, CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD, CITY OF NEW YORK DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; UNIFUND CCR, LLC, MOOI RIVER LLC, *and*, "JOHN DOE" and "JANE DOE," *the last two names being fictitious and unknown to plaintiff, the persons or parties intended being the Tenants or occupants, if any, having or claiming an interest in or lien upon the subject premises described in the complaint*,

*Defendants*.

**ORDER**
24-cv-08785 (NCM) (JRC)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation dated August 7, 2026, from the Honorable James R. Cho, United States Magistrate Judge. ECF No. 29. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian,*

*Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment, ECF No. 23, is granted. Default judgment shall be entered against defendants Yolanda Morris, City of New York Environmental Control Board, City of New York Department of Transportation Parking Violations Bureau, New York State Department of Taxation and Finance, Unifund CCR, LLC, and MOOI River LLC. Defendants John Doe and Jane Doe are dismissed from this action.

Plaintiff is awarded damages as follows: (1) $302,883.89 in unpaid principal; (2) $42,406 in interest from May 1, 2019 through September 15, 2025 plus additional interest at the rate of $18.20 per day from September 16, 2025 until the entry of judgment; (3) **$**25,467.54 in escrow advances and property inspection fees; (4) $483.30 in unpaid late fees; (5) $12,692.30 in attorneys' fees; and (6) $3,670.26 in costs.

The Court further orders the foreclosure and sale of the subject property and will appoint a referee to conduct such sale. No later than September 8, 2026, plaintiff is directed to provide the court with a list of three prospective referees, including their curriculum vitae, demonstrating their qualifications for appointment as referee in this matter. By that same date, plaintiff is also directed to submit a revised Proposed Judgment of Foreclosure and Sale that (1) removes reference to the magistrate judge as the referee, ECF No. 23-7 at 3, and (2) removes reference to a defendant named Manual

Guevara who is not a party to this suit, ECF No. 23-7 at 7.

**SO ORDERED**.

*/s/Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated: September 2, 2026
Brooklyn, New York